UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERRANCE BURTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO Casualty Company,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case Number: 4:20-cv-00360<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff and advises the Court that the parties have executed a Settlement Agreement that will dispense with Plaintiff's individual claims and result in the dismissal of this lawsuit.

The Court issued a Notice of Noncompliance on January 10, 2023, due to the parties' failure to file a Mutual ADR Conference Report and granted the parties five (5) days to file a Motion to Extend the deadline for Filing the Designation of Neutral.

After conferring with all counsel, Plaintiff suggests that the need for ADR is mooted by the Parties' Settlement Agreement and request the Court to grant the parties 30 days to complete the settlement process and to file the appropriate dismissals.

Dated: January 13, 2023                         Respectfully submitted,

By: *s/ Martin L. Daesch*
      Martin L. Daesch, #40494
      Jesse B. Rochman, #60712
      **ONDERLAW, LLC**
      110 East Lockwood
      St. Louis, MO 63119
      Telephone: (314) 963-9000

1

Facsimile: (314) 963-1700
daesch@onderlaw.com
rochman@onderlaw.com

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq. *(Admitted PHV)*
scott@edelsberglaw.com
Aaron M. Ahlzadeh, Esq. (*Admitted PHV*)
aaron@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
Fax: (786) 623-0915

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis *(Admitted PHV)*
efilings@shamisgentile.com
14 NE 1st Ave., Suite 1205
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915

**DAPEER LAW, P.A.**
Rachel Dapeer *(Admitted PHV)*
rachel@dapeer.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-610-5223

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner (*Admitted PHV*)
mweiner@pswlaw.com
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023,, I electronically filed the foregoing document with the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Martin L. Daesch*
Martin L. Daesch